David W. Phillips, Union County Prosecuting Attorney, for appellee.

Alison Boggs, for appellant.

NEIGHBORS, APPELLEE, *v.* ELLIS, APPELLANT, ET AL.

[Cite as *Neighbors v. Ellis,* 120 Ohio St.3d 276, 2008-Ohio-6105.]

(No. 2008–1147—Submitted September 30, 2008—Decided December 2, 2008.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Environmental Network Corp. v. Goodman Weiss Miller, L.L.P.,* 119 Ohio St.3d 209, 2008-Ohio-3833, 893 N.E.2d 173.

MOYER, C.J., and PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

LUNDBERG STRATTON, J., dissents.

Behnke, Martin & Schulte, L.L.C., and Richard W. Schulte, for appellee.

Gallagher Sharp, Jay Clinton Rice, John T. Murphy, and Richard C.O. Rezie, for appellant.